**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 13-7716**

───────────

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

PERCY JAMES TUCKER,

               Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Arenda L. Wright Allen, District Judge. (2:09-cr-00182-AWA-DEM-1)

───────────

Submitted: January 21, 2014      Decided: January 24, 2014

───────────

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Percy James Tucker, Appellant Pro Se. Sherrie Scott Capotosto, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Percy James Tucker appeals the district court's order denying his motion for the appointment of counsel to assist him in filing a Fed. R. Crim. P. 33 motion for a new trial. We have reviewed the record and find no reversible error. Accordingly, we deny Tucker's motion to appoint counsel and affirm for the reasons stated by the district court. United States v. Tucker, No. 2:09-cr-00182-AWA-DEM-1 (E.D. Va. filed Oct. 4, 2013; entered Oct. 7, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED